Territory of Oklahoma, *on the relation of* Chas. M. Thacker, *County Attorney in and for Greer County, Oklahoma,* v. John Allen, D. H. Cullins, and W. B. Price.

### (Filed September 5, 1905.)

BAIL—By Whom Taken. Under the provisions of sec. 633 of our code of criminal procedure, Wilson's Annotated Statutes, 1903, bail is permitted to be taken only by the persons or courts authorized by law to arrest and imprison offenders. Hence, the judge of the district court is authorized to take and approve bail in a criminal case.

(Syllabus by the Court.)

*Error from the Probate Court of Greer County; before T. P. Clay, Trial Judge.*

*Chas. M. Thacker,* County Attorney, for plaintiff in error.

*J. L. Carpenter* and *T. M. Robinson,* for defendants in error.

Opinion of the court by

Hainer, J.: The facts in this case are identical with those in the case of *Territory, ex rel. Thacker, County Attorney v. Allen, et al.,* cause No. 1596, decided in this term of the court, and upon the authority of that case the judgment of the court below is reversed and remanded, with directions to overrule the demurrer to the petition. Reversed and remanded at the costs of the defendants in error.

All the Justices concurring.